**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1380**

_____

IMAD ISSA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A23-105-916)

_____

Submitted:  December 23, 2004          Decided:  January 13, 2005

_____

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Richard W. Moore, Jr., LAW OFFICE OF RICHARD W. MOORE, PA, Towson, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Daniel E. Goldman, DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Imad Issa, a native and citizen of Lebanon, seeks review of a final order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of his motion for reconsideration. We have reviewed the record and conclude that we are without jurisdiction to consider this appeal. <u>See</u> 8 U.S.C. §§ 1252(a)(2)(C), 1227(a)(2)(B) (2000). We accordingly dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DISMISSED</u>